IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUAD/TECH INC., a Wisconsin Corp., <br><br> Plaintiff, <br><br> v. <br><br> Q.I. PRESS CONTROLS B.V. of The Netherlands, AND <br><br> Q.I PRESS CONTROLS NORTH AMERICA LTD., INC., a Rhode Island Corp., <br><br> Defendants. | Civil Action No.: CV-10-2243 (CRB) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FIRST CASE MANAGEMENT CONFERENCE TO NOV. 5, 2010** <br><br> JURY TRIAL DEMANDED |

Plaintiff Quad/Tech Inc. ("Quad/Tech") and Defendant Q.I. Press Controls North America LTD., Inc. ("QIPC NA") stipulate as follows.

1. The first case management conference in this action is currently scheduled for September 3, 2010.

2. Defendant Q.I. Press Controls North America, LTD., Inc. was served with the Summons, Complaint and Amended Complaint in this action on August 30, 2010.

3. The Plaintiff is in the process of effecting service on Q.I. Press Controls B.V. (of the Netherlands).

4. Because of the date on which QIPC NA was served with the Summons in this action, the parties have not been able to meet their obligations prior to the first case management conference as proscribed by the Court's Order Setting Case Management Conference, Federal Rule of Civil Procedure 26, and the Local ADR Rules.

1  5.      For these reasons, the Plaintiff and Defendant QIPC NA request a 60-day
2  continuation of the case management conference to allow the parties to meet these
3  obligations.
4  6.      Accordingly, the Plaintiff and Defendant QIPC NA respectfully request that the Case
5  Management Conference previously set for September 3, 2010 be continued until November
6  5, 2010.

| | |
|---|---|
| Dated: September 1, 2010 | THE BERNSTEIN LAW GROUP, P.C.<br><br>by: _____/s/_____<br>        Alice C. Garber<br><br>Frederick A. Tecce (proceeding *pro hac vice*)<br>Email: ftecce@mcshea-tecce.com<br>McSHEA \ TECCE, P.C.<br>The Bell Atlantic Tower - 28th Floor<br>1717 Arch Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: 215-599-0800<br>Facsimile: 215-599-0888<br><br>Jason Pauls (proceeding *pro hac vice*)<br>Email: jason.pauls@qg.com<br>Intellectual Property Counsel<br>Quad/Tech, Inc.<br>N63 W23075 State Highway 74<br>Sussex, WI 53089-2827<br>Telephone: 414-566-4408<br>Facsimile: 414-566-2011<br><br>Marc N. Bernstein (CA SBN 145837)<br>Email: mbernstein@blgrp.com<br>Alice C. Garber (CA SBN 202854)<br>Email: agarber@blgrp.com<br>THE BERNSTEIN LAW GROUP, P.C.<br>555 Montgomery Street, Suite 1650<br>San Francisco, California 94111<br>Telephone: 415-765-6633<br>Facsimile: 415-283-4804<br><br>**Attorneys for Plaintiff Quad/Tech Inc.**<br><br><br>MORRISON & FOERSTER LLP<br><br>By: _____/s/_____<br>        Marc David Peters<br><br>**Attorneys For Defendant**<br>**Q.I. Press Controls North America Ltd., Inc.** |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**ATTESTATION OF CONCURRENCE**

I, Alice C. Garber, as the filer of this stipulation, attest that I have obtained the concurrence in the filing from counsel for QIPC NA.

Dated: September 1, 2010

                                                                        /s/
                                                                Alice C. Garber

**IT IS SO ORDERED** that the case management conference previously scheduled for September 3, 2010 be continued to November 5, 2010.

                                                                CHARLES R. BREYER
                                                                UNITED STATES DISTRICT JUDGE