IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUAD/TECH INC., a Wisconsin Corp., | Civil Action No.: CV-10-2243 (CRB) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FIRST CASE MANAGEMENT CONFERENCE TO NOV. 5, 2010** |
| Q.I. PRESS CONTROLS B.V. of The Netherlands, AND | |
| Q.I PRESS CONTROLS NORTH AMERICA LTD., INC., a Rhode Island Corp., | JURY TRIAL DEMANDED |
| Defendants. | |

Plaintiff Quad/Tech Inc. ("Quad/Tech") and Defendant Q.I. Press Controls North America LTD., Inc. ("QIPC NA") stipulate as follows.

1. The first case management conference in this action is currently scheduled for September 3, 2010.

2. Defendant Q.I. Press Controls North America, LTD., Inc. was served with the Summons, Complaint and Amended Complaint in this action on August 30, 2010.

3. The Plaintiff is in the process of effecting service on Q.I. Press Controls B.V. (of the Netherlands).

4. Because of the date on which QIPC NA was served with the Summons in this action, the parties have not been able to meet their obligations prior to the first case management conference as proscribed by the Court's Order Setting Case Management Conference, Federal Rule of Civil Procedure 26, and the Local ADR Rules.

1  5.  For these reasons, the Plaintiff and Defendant QIPC NA request a 60-day
2  continuation of the case management conference to allow the parties to meet these
3  obligations.
4  6.  Accordingly, the Plaintiff and Defendant QIPC NA respectfully request that the Case
5  Management Conference previously set for September 3, 2010 be continued until November
6  5, 2010.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|  |  |
|---|---|
| Dated: September 1, 2010 | THE BERNSTEIN LAW GROUP, P.C. |

by: _____/s/_____
Alice C. Garber

Frederick A. Tecce (proceeding *pro hac vice*)
Email: ftecce@mcshea-tecce.com
McSHEA \ TECCE, P.C.
The Bell Atlantic Tower - 28th Floor
1717 Arch Street
Philadelphia, Pennsylvania 19103
Telephone: 215-599-0800
Facsimile: 215-599-0888

Jason Pauls (proceeding *pro hac vice*)
Email: jason.pauls@qg.com
Intellectual Property Counsel
Quad/Tech, Inc.
N63 W23075 State Highway 74
Sussex, WI 53089-2827
Telephone: 414-566-4408
Facsimile: 414-566-2011

Marc N. Bernstein (CA SBN 145837)
Email: mbernstein@blgrp.com
Alice C. Garber (CA SBN 202854)
Email: agarber@blgrp.com
THE BERNSTEIN LAW GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, California 94111
Telephone: 415-765-6633
Facsimile: 415-283-4804

**Attorneys for Plaintiff Quad/Tech Inc.**


MORRISON & FOERSTER LLP

By: _____/s/_____
Marc David Peters

**Attorneys For Defendant**
**Q.I. Press Controls North America Ltd., Inc.**

1 **ATTESTATION OF CONCURRENCE**

2 I, Alice C. Garber, as the filer of this stipulation, attest that I have obtained the concurrence

3 in the filing from counsel for QIPC NA.

4

5 Dated: September 1, 2010

6

7 _____/s/_____
Alice C. Garber

8

9

10

11

12 **IT IS SO ORDERED** that the case management conference previously scheduled for

13 September 3, 2010 be continued to November 5, 2010.

14

15

16 Signed: Sept. 2, 2010

17 CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*