DAVID D. LANGFITT (*pro hac vice* forthcoming)
DLangfitt@lockslaw.com
LOCKS LAW FIRM
The Curtis Center, Suite 720 East
601 Walnut Street,
Philadelphia, PA 19106
Telephone: 215.893.3423 / Facsimile: 215.893.3444

ROBERT R. AXENFELD (*pro hac vice* forthcoming)
RAxenfeld@mmwr.com
JO ROSENBERGER ALTMAN (*pro hac vice* forthcoming)
JRosenberger@mmwr.com
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
Telephone: 215.772.1500 / Facsimile: 215.772.7620

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
JAMIE HARUKO KITANO (CA SBN 268078)
JKitano@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600 / Facsimile: 650.494.0792

Attorneys for Defendant
Q.I. PRESS CONTROLS NORTH AMERICA LTD., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUAD/TECH INC., a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>Q.I. PRESS CONTROLS B.V. of the Netherlands,<br><br>and<br><br>Q.I. PRESS CONTROLS NORTH AMERICA LTD., INC., a Rhode Island corporation,<br><br>Defendants. | Civil Action No.: CV 10-2243 (CRB)<br><br>**Q.I. PRESS CONTROLS NORTH AMERICA LTD., INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Honorable Charles R. Breyer<br><br>JURY TRIAL DEMANDED |

1 **Q.I. PRESS CONTROLS NORTH AMERICA LTD, INC.'S**

2 **CORPORATE DISCLOSURE STATEMENT**

3 Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Q.I. Press Controls North America Ltd., Inc. declares that it is a United States corporation whose parent is Defendant Q.I. Press Controls B.V. There is no publicly held corporation that owns ten percent (10%) or more of the stock of Defendant Q.I. Press Controls North America, Ltd., Inc.

Dated: September 20, 2010    By:    /s/ Marc David Peters

MORRISON & FOERSTER LLP
Marc David Peters (CA SBN 211725)
Jamie Haruko Kitano (CA SBN 268078)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
MDPeters@mofo.com
JKitano@mofo.com

and

David D. Langfitt
Locks Law Firm
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
Telephone: (215) 893-3423
dlangfitt@lockslaw.com

and

Robert R. Axenfeld
Jo Rosenberger Altman
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
Telephone: (215) 772-1500
raxenfeld@mmwr.com
jaltman@mmwr.com

*Counsel for Defendant*

**Q.I. Press Controls North America Ltd., Inc.**

Q.I. PRESS CONTROLS NORTH AMERICA LTD., INC.'S CORPORATE DISCLOSURE STATEMENT
CIVIL ACTION NO.: CV 10-2243 (CRB)
pa-1423657

1