DAVID D. LANGFITT (*pro hac vice* forthcoming)
DLangfitt@lockslaw.com
LOCKS LAW FIRM
The Curtis Center, Suite 720 East
601 Walnut Street,
Philadelphia, PA 19106
Telephone: 215.893.3423 / Facsimile: 215.893.3444

ROBERT R. AXENFELD (*pro hac vice* forthcoming)
RAxenfeld@mmwr.com
JO ROSENBERGER ALTMAN (*pro hac vice* forthcoming)
JRosenberger@mmwr.com
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
Telephone: 215.772.1500 / Facsimile: 215.772.7620

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
JAMIE HARUKO KITANO (CA SBN 268078)
JKitano@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600 / Facsimile: 650.494.0792

Attorneys for Defendant
Q.I. PRESS CONTROLS NORTH AMERICA LTD., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUAD/TECH INC., a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>Q.I. PRESS CONTROLS B.V. of the Netherlands,<br><br>and<br><br>Q.I. PRESS CONTROLS NORTH AMERICA LTD., INC., a Rhode Island corporation,<br><br>Defendants. | Civil Action No. CV 10-2243 (CRB)<br><br>**NOTICE OF CONTINUANCE OF HEARING DATE FOR DEFENDANT QIPC NA'S MOTION TO DISMISS**<br>(CIVIL LOCAL RULE 7-7)<br><br>Date: November 5, 2010<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable Charles R. Breyer<br><br>JURY TRIAL DEMANDED |

NOTICE OF CONTINUANCE OF HEARING DATE FOR DEFENDANT QIPC NA'S MOTION TO DISMISS
CIVIL ACTION NO. CV 10-2243 (CRB)
pa-1424691

**NOTICE OF CONTINUANCE OF MOTION**

TO PLAINTIFF AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to discussions with counsel for Quad/Tech Inc., QIPC NA hereby files this un-opposed Notice of Continuance of Motion for the hearing on Defendant's Motion to Dismiss currently scheduled for October 29, 2010 at 10:00 a.m. The hearing is continued to November 5, 2010, at 10:00 a.m. The motion will be heard by the above-entitled Court.

Pursuant to Civil Local Rule 7-7, a party who has filed a motion may file a notice continuing the originally noticed hearing date for the motion to a later date if the notice of continuance is filed prior to the date on which the opposition is due pursuant to Civil Local Rule 7-3(a) and no opposition has been filed. That is the case here.

Dated: September 28, 2010

By: /s/ Jamie Haruko Kitano

MORRISON & FOERSTER LLP
Marc David Peters (CA SBN 211725)
Jamie Haruko Kitano (CA SBN 268078)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
MDPeters@mofo.com
JKitano@mofo.com

and

David D. Langfitt
Locks Law Firm
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
Telephone: (215) 893-3423
dlangfitt@lockslaw.com

and

NOTICE OF CONTINUANCE OF HEARING DATE FOR DEFENDANT QIPC NA'S MOTION TO DISMISS
CIVIL ACTION NO. CV 10-2243 (CRB)
pa-1424691

1

| | |
|---|---|
| 1 | Robert R. Axenfeld |
| 2 | Jo Rosenberger Altman |
|   | Montgomery, McCracken, |
| 3 |     Walker & Rhoads, LLP |
|   | 123 S. Broad Street |
| 4 | Philadelphia, PA  19109 |
|   | Telephone: (215) 772-1500 |
| 5 | raxenfeld@mmwr.com |
|   | jaltman@mmwr.com |
| 6 | *Counsel for Defendant* |
| 7 | **Q.I. Press Controls North America Ltd., Inc.** |

NOTICE OF CONTINUANCE OF HEARING DATE FOR DEFENDANT QIPC NA'S MOTION TO DISMISS
CIVIL ACTION NO. CV 10-2243 (CRB)
pa-1424691

2