UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Quad/Tech Inc.

                Plaintiff(s),

v.

Q.I. Press Controls B.V. and Q.I. Press Controls North America LTD., Inc.
                Defendant(s).
_____/

Case No. CV-10-2243 CRB

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct. 6, 2010

Jason Pauls of Quad/Tech Inc
[Party]

Dated: Oct. 6, 2010

Frederick A. Tecce, counsel
[Counsel]

**ADR Certification of Plaintiff Quad/Tech, Inc. by Parties and Counsel**
**(continued)**

**Attestation of Concurrence**

  I, Alice C. Garber, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  Oct. 6, 2010             _____/s/_____
                       Alice C. Garber