UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Quad/Tech Inc.

CASE NO. CV 10-2243 CRB

Plaintiff(s),

v.

Q.I. Press Controls BV and
Q.I. Press Controls North America Ltd., Inc.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR (*please identify process and provider*)   _____

The parties are presently mediating with Chief Circuit Mediator James Amend of the Federal Circuit Mediation Program, regarding issues in this litigation, along with the issues in litigation and on appeal in the E.D. of PA.

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline  _____

Dated: 10/7/2010

/s/ Alice C. Garber
Attorney for Plaintiff

Dated: 10/6/2010

/s/ Marc David Peters
Attorney for Defendant
Q.I. Press Controls North America Ltd., Inc.

**Stipulation and Proposed Order Selecting ADR Process**
**(continued)**

**Attestation of Concurrence**

I, Alice C. Garber, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Marc David Peters, the above signatory.

Dated:  Oct. 7, 2010                                  _____/s/_____
                                                                                Alice C. Garber

**[PROPOSED] ORDER**

 Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
  Private ADR

 Deadline for ADR session
  90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated:_____           _____

                      UNITED STATES MAGISTRATE JUDGE